## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| COREY PERKINS<br>ADC #112808 | PLAINTIFF |
| v.   NO. 5:14CV00329 JLH/HDY | |
| DONNA VENABLE, *et al.* | DEFENDANTS |

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion to amend (docket entry #17) is GRANTED, plaintiff's claims against defendants Randy Watson and Larry May are DISMISSED WITHOUT PREJUDICE, and Watson and May are removed as party defendants.

DATED this 8th day of December, 2014.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE