# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

COREY PERKINS                                                                                PLAINTIFF

V.                                    NO: 5:14CV00329 JLH

DONNA VENABLE *et al*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss filed by defendants Donna Venable and Willie Bankston (Doc. No. 41) is GRANTED and plaintiff Corey Perkins's complaint is DISMISSED WITHOUT PREJUDICE.

2. Perkins's complaint will be reopened if he pays the Arkansas Department of Correction $171.50, and presents to the Court evidence of the payment, and a files a motion to reopen, within 30 days.

3. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE