**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY PERKINS                                                                                           PLAINTIFF

V.                                          NO: 5:14CV00329 JLH

DONNA VENABLE *et al*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE